UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM LEE KAUFFMAN,               )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )        Civil Action No. 01-1104 (RBW)
                                    )
INTERNATIONAL BROTHERHOOD           )
OF TEAMSTERS,                       )
GENERAL EXECUTIVE BOARD, et al.,    )
                                    )                **FILED**
        Defendants.                 )
                                    )             SEP 3 0 2003
                                    )
                                    )        NANCY MAYER WHITTINGTON, CLERK
                                    )              U.S DISTRICT COURT

## ORDER

Upon consideration of the defendants' motions to dismiss, and for reasons set

forth in the Memorandum Opinion accompanying this Order, it is hereby,

**ORDERED** that the defendant International Brotherhood of Teamsters, General

Executive Board's motion to dismiss the plaintiff's wrongful demotion and discharge in      *1*

violation of public policy claims, and Title VII claims and Section 1981 for adverse

employment actions that took place between 1994 and February 1998 shall be

**GRANTED.**  It is

**FURTHER ORDERED** that defendant IBT's motion to dismiss the plaintiff's      *1*

claim of breach of duty of good faith and fair dealing, LMRDA, ERISA, and claims for

wrongful termination in violation of Title VII, DCHRA, and Section 1981 shall be

**DENIED**.

**SO ORDERED** this 30th day of September, 2003.

REGGIE B. WALTON
United States District Judge

Copies to:

Richard L. Thompson, Esq.
DONALD M. TEMPLE, P.C.
1200 G Street, N.W., Suite 370
Washington, D.C. 20005

William R. Wilder, Esq.
Baptiste & Wilder, P.C.
1150 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036

Kenneth Nowak, Esq.
Zazzali, Fagella & Nowak
One Riverfront Plaza
Newark, N.J. 07102

3